UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

VIP CINEMA LLC
A Mississippi Limited Liability Company,

    Plaintiff

             v.                    CASE NO:

EUROKEYTON S.A.
A Spanish corporation; and
KEYTON USA LLC,
A Florida Limited Liability Company

    Defendants.
_____/

## PLAINTIFF VIP CINEMA LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, VIP Cinema LLC ("VIP Cinema") identifies below all parent corporations and any publicly held corporations that own 10% or more of its stock:

None.

DATED: **November 2, 2012**

                                  Respectfully submitted,

                                  ERIC R. PELLENBARG (#556610)
                                  Phelps Dunbar LLP
                                  100 South Ashley Drive, Suite 1900
                                  Tampa, Florida 33602-5311
                                  Telephone: (813) 472-7550
                                  Telecopy: (813) 472-7570
                                  E-mail: pellenbe@phelps.com

                                  Counsel for VIP Cinema LLC

PD.7954433.1