UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62164-CIV-ROSENBAUM

VIP CINEMA, LLC,
A Mississippi Limited Liability Company,

    Plaintiff,

v.

EUROKEYTON S.A.,
A Spanish corporation, and
KEYTON USA, LLC,
A Florida Limited Liability Company,

    Defendants.
_____/

## FINAL JUDGMENT

This matter is before the Court upon the granting of Plaintiff's Motion for Entry of Final Default Judgment and Entry of Permanent Injunction [D.E. 25]. For the reasons stated in the Court's Orders granting Plaintiff's Motion for Entry of Final Default Judgment and Plaintiff's Request for Preliminary Injunction, it is hereby **ORDERED and ADJUDGED** as follows:

    (1) Final Judgment is **ENTERED** in favor of Plaintiff VIP Cinema, LLC, and against Defendants Eurokeyton S.A. and Keyton USA, LLC;

    (2) To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT**; and

- 1 -

(3) The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Florida, this 29th day of January 2013.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record